Decided September 24, 1997

STEPHEN L. HANDY *v.* MINWAX COMPANY, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 46 Conn. App. 54 (AC 16170), is denied.

*James H. Rotondo* and *Robert W. Lotty,* in support of the petition.

*Robyn L. Sandak* and *Carl F. Yeich,* in opposition.

Decided September 24, 1997